No. 11-5751. Prince Emmanuel Edwards, Petitioner v. Oregon.

565 U.S. 950, 132 S. Ct. 414, 181 L. Ed. 2d 271, 2011 U.S. LEXIS 7444.

October 11, 2011. Petition for writ of certiorari to the Court of Appeals of Oregon denied.

Same case below, 241 Or. App. 351, 250 P.3d 38.

No. 11-5752. Arnulfo Betancort-Salazar, Petitioner v. Arkansas.

565 U.S. 950, 132 S. Ct. 414, 181 L. Ed. 2d 271, 2011 U.S. LEXIS 7447.

October 11, 2011. Petition for writ of certiorari to the Supreme Court of Arkansas denied.

No. 11-5753. Errol Duke Moses, Petitioner v. North Carolina.

565 U.S. 950, 132 S. Ct. 415, 181 L. Ed. 2d 271, 2011 U.S. LEXIS 7302.

October 11, 2011. Petition for writ of certiorari to the Superior Court of North Carolina, Forsyth County, denied.

No. 11-5757. Mindy Jaye Zied-Campbell, et vir, Petitioners v. Pennsylvania Department of Public Welfare.

565 U.S. 950, 132 S. Ct. 415, 181 L. Ed. 2d 271, 2011 U.S. LEXIS 7281.

October 11, 2011. Petition for writ of certiorari to the Commonwealth Court of Pennsylvania denied.

No. 11-5758. Tovia LaFaele, Petitioner v. California (two judgments).

565 U.S. 950, 132 S. Ct. 415, 181 L. Ed. 2d 271, 2011 U.S. LEXIS 7360.

October 11, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

No. 11-5760. Cornelius Oluseyi Ogunsalu, Petitioner v. Court of Appeal of California, Fourth Appellate District, Division One, et al.

565 U.S. 950, 132 S. Ct. 415, 181 L. Ed. 2d 271, 2011 U.S. LEXIS 7318,

October 11, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

No. 11-5764. Frederick M. Torrence, Petitioner v. Shelly Lee Thompson, et al.

565 U.S. 950, 132 S. Ct. 415, 181 L. Ed. 2d 271, 2011 U.S. LEXIS 7299.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 435 Fed. Appx. 56.

No. 11-5765. Atauyo Umondak, Petitioner v. Cody Ginsel.

565 U.S. 950, 132 S. Ct. 416, 181 L. Ed. 2d 271, 2011 U.S. LEXIS 7418.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 426 Fed. Appx. 267.